THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.*
INDUSTRIAL BENEFIT ASSOCIATION, Appellant.

*People* v. *Industrial Benefit Assn.*, 92 Hun, 311, affirmed.
(Argued May 25, 1896; decided June 9, 1896.)

APPEAL from judgment of the General Term of the Supreme
Court in the fourth judicial department, entered upon an order
made in December, 1895, which reversed an interlocutory judg-
ment sustaining a demurrer to the complaint and overruled
the demurrer.

*Walter S. MacGregor* for appellant.

*John W. Hogan* for respondent.

Judgment affirmed on opinion below, with costs.
All concur, except MARTIN and VANN, JJ., not sitting.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM J.
ROBERTS et al., Appellants, *v.* LEONARD R. WELLES, as
Commissioner of Police, etc., of the City of Brooklyn,
Respondent.

*People ex rel. Roberts* v. *Welles*, 89 Hun, 605, affirmed.
(Argued May 25, 1896; decided June 9, 1896.)

APPEAL from order of the General Term of the Supreme
Court in the second judicial department, made July 27, 1895,
which affirmed, on certiorari, a determination of the police
commissioner of the city of Brooklyn in removing relators
from the police force.

*W. P. Pickett* for appellants.

*Jacob Brenner* for respondent.

Order affirmed, with costs; no opinion.
All concur.